IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| VINCENT LUCAS, | : | Case No. 1:17-CV-47-MRB |
|  | : | Barrett, J. |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | **JOINT STIPULATION OF DISMISSAL** |
|  | : |  |
| CENSTAR ENERGY CORP, et al., | : |  |
|  | : |  |
| Defendants. |  |  |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties stipulate that this action be dismissed with prejudice, with each party to pay his or its own costs.

Respectfully submitted,

 s/Alfred V. Lucas
Alfred V. Lucas (0027737)
7943 Glidersleeve Dr.
Kirtland, OH 44094
(440) 256-3555
avlucaslegal@gmail.com
Attorney for the Plaintiff


s/ Michael J. Montgomery
Michael J. Montgomery (0070922)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio  44114-1214
(216) 621.0200
mmontgomery@bakerlaw.com
Attorney for Defendants

CERTIFICATE OF SERVICE

I certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

                                                  s/Alfred V. Lucas